BANK OF SOPERTON *et al. v.* JOHNSON *et al.*

ATKINSON, J. The judge did not err in dissolving the restraining order and refusing an interlocutory injunction.

*Judgment affirmed. All of the Justices concur.*

No. 3463.  JULY 11, 1923.

Petition for injunction. Before Judge Kent. Treutlen superior court. October 7, 1922.

*N. L. Gillis Jr.,* and *Saffold & Stallings,* for plaintiffs.

*Williams, Davis & Twitty* and *W. J. Wallace,* for defendants.